**W. C. Handley, appellant, v. James J. Joyce and Ottilia Lobinski, appellees. Gen. No. 31,460.**

Suit on note secured by chattel mortgage. Judgment for defendants. Appeal from the Municipal Court of Chicago; the Hon. James J. O'Toole, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1926. Affirmed. Opinion filed February 7, 1927.

Nuttall & Chism, for appellant. Litsinger, Healy & Reid, for appellees.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

**Edward J. O'Hara, appellee, v. County of Cook of the State of Illinois, appellant. Gen. No. 31,478.**

Assumpsit to recover for time laid off from civil service. Appeal from order denying motion to vacate judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Kickham Scanlan, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1926. Reversed and judgment of *nil capiat*. Opinion filed February 7, 1927.

Robert E. Crowe, State's Attorney, and William B. Walrath, Assistant State's Attorney, for appellant; William H. Gruver, of counsel. A. D. Gash, for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

**Central and Pacific Improvement Corporation, appellee, v. Marcus M. Huebsch, appellant. Gen. No. 31,501.**

Suit to collect note. Judgment for plaintiff on directed verdict. Appeal from the Municipal Court of Chicago; the Hon. Charles F. McKinley, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1926. Affirmed. Opinion filed February 7, 1927.

Burke, Jacobson & Burke, for appellant. Clyde O. Hornbaker, for appellee; Wm. H. Tuttle, of counsel.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

**Nick Petropoulos, appellee, v. Theodore Karatziaferis, appellant. Gen. No. 31,519.**

Suit for rent under written lease. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Theodore F. Ehler, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1926. Affirmed upon remittitur of $740; otherwise reversed and remanded. Opinion filed February 7, 1927.

G. E. Sankstone, for appellant; Geo. F. Ort, of counsel. Pantelis, Klein & Porikos, for appellee; A. A. Pantelis, of counsel.

Mr. Presiding Justice McSurely delivered the opinion of the court.